[No. 7188–2–I.   Division One.   January 21, 1980.]

Howard Leendertsen, et al, *Respondents,* v. Charles
Gieser, et al, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 833811, Frank H. Roberts, Jr., J., entered
November 16, 1978. *Affirmed* by unpublished opinion per
James, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 7224–2–I.   Division One.   January 21, 1980.]

Earl R. Adams, Jr., et al, *Appellants,* v. Clarence
J. Kiichli, et al, *Respondents.*

Appeal from a judgment of the Superior Court for Island
County, No. 9918, Richard L. Pitt, J., entered October 26,
1978. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Dore and Ringold, JJ.

[No. 7303–6–I.   Division One.   January 21, 1980.]

The State of Washington, *Respondent,* v. Robert
Allen Draper, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86163, Horton Smith, J., entered December 12,
1978. *Affirmed* by unpublished opinion per Callow, C.J.,
concurred in by Swanson and Ringold, JJ.

[No. 7332–0–I.   Division One.   January 21, 1980.]

*In the Matter of the Welfare of*
Christina L. Taylor.

Appeal from a judgment of the Superior Court for Island
County, No. 2361–02, Richard L. Pitt, J., entered January
5, 1979. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Swanson and Ringold, JJ.